**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Dennis E. Hecker  
Debtor(s)

Case No.: 09−50779  
Chapter 7

Randall L. Seaver − Trustee  
Plaintiff

Adv. Proc. No. 09−05022

v.

CHRISTI M. ROWAN  
Defendant

A lawsuit has been started against you. You have been or will be served with a Summons and Complaint. If the plaintiff is successful, or you do not respond in time, you could end up owing money to the plaintiff, even though you may have received a discharge.

You should consult your attorney as soon as possible, unless you wish to represent yourself. If you are unable to afford an attorney, you may contact:

> Bankruptcy Adversary Proceeding (BAP) Coordinator  
> Volunteer Lawyers Network  
> (612)752−6677

You will be screened for eligibility and if it is determined that you are eligible, an attorney may be found who will represent you without payment of attorney's fees.

Dated: 7/22/09

Lori Vosejpka  
Clerk, United States Bankruptcy Court

By: carrie  
Deputy Clerk

**mnbprbo** 03/03/2005 − kb