# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In re:

Dennis E. Hecker,

      Debtor.

BKY No. 09-50779

---

Randall L. Seaver, Trustee,

      Plaintiff,

vs.

Christi M. Rowan,

      Defendant.

ADV No. 09-5022

---

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

To:   Christi M. Rowan, and her attorney, William R. Skolnick, Skolnick & Shiff, P.A., 527 Marquette Avenue, Suite 2100, Minneapolis, MN 55402.

PLEASE TAKE NOTICE that Randall L. Seaver, Trustee and Plaintiff in the above matter, dismisses this adversary proceeding without prejudice to reassert these claims under Bankruptcy Rule 7041(a)(1)(A) incorporating Fed. R. Civ. P. 41.

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

Dated: August 13, 2009

By: /e/ Matthew R. Burton
    Matthew R. Burton, #210018
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
Telephone: (612) 332-1030
Facsimile: (612) 332-2740

ATTORNEYS FOR PLAINTIFF

407318

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

BKY No. 09-50779

In re:

Dennis E. Hecker,

       Debtor.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

Randall L. Seaver, Trustee,                     ADV No. 09-5022

       Plaintiff,

vs.

Christi M. Rowan,

       Defendant.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**UNSWORN CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2009, I caused the following documents:

    *Notice of Dismissal Without Prejudice*

to be faxed to the following:

William R. Skolnick
Skolnick & Shiff, P.A.
527 Marquette Avenue
Suite 2100
Minneapolis, MN 55402
Fax No.: 612-677-7601

Dated: July 22, 2009

                                                 /e/ Stephanie Wood
                                             _____
                                             Stephanie Wood
                                             100 South Fifth Street, Suite 2500
                                             Minneapolis, MN 55402
                                             (612) 332-1030

406222